# In the United States Court of Federal Claims

**No. 05-811C**
**(Filed: September 26, 2005)**

* * * * * * * * * * * * * * * * *
**SUNSET STREET APARTMENTS, a CALIFORNIA LIMITED PARTNERSHIP,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

## ORDER ON JOINT MOTION

The parties' joint motion, filed on September 23, 2005, for a stay of proceedings in the above-captioned case until after 14 days after the conclusion of ADR proceedings in the related cases is **GRANTED**. Accordingly, the above-captioned case is **STAYED**. The parties shall file a joint status report within 14 days after the close of ADR proceedings in the related cases.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn